IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MAURICE ASKEW

Criminal No. 03-244-4

**MEMORANDUM ORDER OF COURT DENYING DEFENDANT'S [SECOND] MOTION TO DEFER RESTITUTION PAYMENTS (DOC. NO. 316)**

Presently before the Court is Movant's, Maurice Askew's, [Second] Motion to Defer Restitution Payments. Doc. No. 316. The Court will deny this [Second] Motion.

On April 6, 2012, Maurice Askew first requested that this Court defer his restitution payments. Doc. No. 309. The Government filed a Response (doc. no. 311) and this Court denied the Motion for reasons set forth in its previous Order which will not be repeated. Doc. No. 313.

The current Motion to Defer Restitution before this Court (doc. no. 316) seeks the same relief as the first Motion to Defer Restitution, but offers no new information, nor any new basis upon which said relief should be granted. Although Movant attached some financial statements to his most recent Motion to Defer Restitution, the documents provide information to the contrary to what Movant must prove. The statements indicate that he has recently received wages and one statement even indicates that as of May 31, 2012, he was working as a unit orderly.

Therefore, because the Movant, Maurice Askew, in his Second Motion to Defer Restitution Payment continues to fail to supply this Court with any requisite evidence required by law, as fully discussed by this Court in its prior Order (doc. no. 313), this Court will deny his current Motion to Defer Restitution Payments.

**ORDER**

AND NOW, this 5th day of July, 2012, for the foregoing reasons, IT IS HEREBY ORDERED that Movant Maurice Askew's [Second] Motion to Defer Restitution Payments (Doc. No. 316) is DENIED.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: all counsel of record

Maurice Askew
Inmate Number 07973-068
United States Penitentiary Canaan
P.O. Box 300
3057 Easton Turnpike
Waymart, Pa. 18472